ND/GA PROB 12C
(6/12)

UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 28 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Amended Violation Report and Petition For Warrant
for Offender Under Supervision

Name of Offender: **Yasmeen Shakira Williams**                     Docket No. **1:13-CR-111-01-RWS**
                                                                                                **UNDER SEAL**
Name of Sentencing Judicial Officer: **Honorable Richard W. Story**

Date of Original Sentence: **May 31, 2011**          Sentencing District: **Middle District of Georgia**

Original Offense: **18 U.S.C. §472; Uttering Counterfeit Federal Reserve Notes, Possession of Counterfeit Federal Reserve Notes**

Original Sentence: **Time Served, 3 years Supervised Release**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **May 31, 2011**

Date Jurisdiction Transferred: **March 29, 2013**

Assistant U.S. Attorney: **Matthew Carrico**          Defense Attorney: **Thomas Hawker**

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has violated the conditions of supervision as follows:

**1.) Violation of Condition #2 (Failure to report to the probation officer as directed):** On July 1, 2013, Williams failed to report for an administrative hearing. On July 1, 2013, Williams called this officer in response to a voice mail. She was instructed to report by 2:00 p.m. that day and failed to report.

**2.) Violation of Condition #3 (Failure to follow the instruction of the probation officer):** On January 3, 2013, Williams was instructed by Supervising U.S. Probation Officer Beth Hammond to turn herself in, within 30 days, to Rockdale County Sheriff's Office on a Conyers Police Department outstanding warrant for a traffic violation. Williams has failed to do so and warrant is still outstanding. Williams has failed to pay her outstanding balance of Location Monitoring fees. She owes $597.84.

**3.) Violation of Condition #5 (Failure to work regularly at a lawful occupation):** Williams has been unemployed since January 7, 2012.

**4.) Violation of Condition #7  (Failure to refrain from unlawful use of a controlled substance):** On February 13, 2013, Williams submitted a urine screen which was positive for marijuana. On March 13, 2013, Williams submitted a urine screen which was positive for marijuana. On April 23, 2013, Williams submitted a urine screen which was positive for methamphetamine. All tests were confirmed by the lab.

**5.) Violation of Special Condition (Failure to report for drug testing):** On February 12, 2013, February 25, 2013, and May 20, 2013, Williams failed to appear for drug screens as directed.

**6.) Violation of Mandatory Condition (Commission of Another Federal, State or Local Crime):** Per the below circumstances, on August 1, 2013, Williams committed the felony offenses of Possession with Intent to Distribute Marijuana, Possession of Firearm During Commission of a Felony and Possession of a Firearm by a Convicted Felon.

On August 1, 2013, at approximately 7:20 a.m., the U.S. Marshal Task Force served a Supervised Release Violation warrant at 49 Boulevard Avenue, Apartment 209, in Atlanta, Georgia. After knocking on the door for several minutes, deputies heard running inside the apartment. The apartment door was breached and Williams and Robert Lucas were inside the apartment. Williams was holding her infant daughter. Suspected marijuana was found on the floor of the living room, in the second bathroom toilet, and in the master bathroom toilet. It appeared Williams and Lucas were attempting to flush the marijuana down the toilets. Approximately one pound of suspected marijuana was also found on the floor of the master bedroom in a clear plastic bag in plain view, along with two loaded handguns. Fulton County Sheriff's Office was called, and a search warrant was obtained. Upon execution of the search warrant, digital scales were located on the kitchen counter and the master bedroom dresser. Approximately two pounds of suspected marijuana was seized, as well as $16,500 in U.S. currency. The suspected marijuana was field tested and determined to be marijuana. Williams was taken into federal custody to answer to supervised release violation. Williams was indicted on August 16, 2013, in Fulton County Superior Court, on the charges of Possession of Marijuana with Intent to Distribute and Possession of Firearm During Commission of a Felony.

**7.) Violation of Condition #6 (Failure to notify the probation officer at least ten days prior to any change in residence):** On August 1, 2013, U.S. Deputy Marshal Carlos Cosby confirmed Williams was renting the apartment located at 49 Boulevard Avenue, Apartment 209, in Atlanta, Georgia, via an apartment lease signed by Williams on November 9, 2012. Williams failed to inform the probation officer of her residence change and never obtained permission from the probation officer to change her residence. Furthermore, Williams was arrested on the supervised release violation warrant at the address listed above at approximately 7:20 a.m. on August 1, 2013.

**8.) Violation of Condition #9 (Association with Felons/Persons Engaged in Criminal Activity):** On August 1, 2013, during the arrest on the supervised release violation warrant, Williams was found in the apartment at 49 Boulevard Avenue, Apartment 209, in Atlanta, Georgia, with Robert Lucas. Robert Lucas also resides at the apartment and is a convicted felon. Williams failed to inform the probation officer about Lucas and never obtained permission from the probation officer to associate with Lucas. Robert Lucas was convicted on June 8, 2006 of Possession of Marijuana with Intent to Distribute in DeKalb County Superior Court (Case #: 05CR5192). Lucas was arrested on August 1, 2013, and charged with new criminal activity for Possession with Intent to Distribute Marijuana, and Possession of a Firearm by a Convicted Felon.

**PREVIOUS VIOLATIONS REPORTED TO THE COURT:**

During September 2011, a violation report was submitted to the Middle District of Georgia as Williams failed to report for random drug testing on five occasions, failed to attend substance abuse counseling on seven occasions, and was arrested for Driving on a Suspended License. It was recommended and agreed upon by the Court that no Court action would be taken.

During November 2011, a second violation report was submitted to the Middle District of Georgia as Williams was arrested for Disorderly Conduct. In addition, Williams was in arrears, failed to report for random drug testing on three occasions, and failed to attend counseling on three occasions. She signed a waiver to complete 180 days in the location monitoring program and successfully completed the program.

During February 2013, a third violation report was submitted to the Middle District of Georgia as Williams had failed to report for random drug testing on ten occasions. An administrative hearing was held on January 3, 2013, and Williams was reprimanded for failing to report for drug testing. Williams subsequently failed to report for a random drug test on January 14, 2013, and submitted a positive drug test for marijuana on January 29, 2013 (confirmed by the lab). At that time, transfer of jurisdiction to the Northern District of Georgia was requested, and Williams was placed in Moral Reconation Therapy (MRT). Williams completed MRT on June 13, 2013, however, she had six absences during the class. She was originally terminated from the MRT class on May 9, 2013 due to excessive absences. This officer provided the MRT instructor with a copy of a traffic citation which showed Williams had Court on May 9, 2013. The MRT instructor excused this absence and allowed Williams to finish the class.

PETITIONING THE COURT TO:

It is respectfully requested by this officer that Your Honor amend the petition for warrant signed by the Court on July 24, 2013, as reflected above (addition of violation #'s 6, 7, and 8), and order that Williams be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

Please note that Williams is scheduled to appear before Your Honor on September 10, 2013, at 10:30 a.m. for her revocation hearing. If Your Honor has any questions, or if anything further is needed, please do not hesitate to contact me at 404-215-1939.

I declare under penalty of perjury that the foregoing is true and correct.

_____ 8/23/13            _____
Megan B. Horton                               Beth B. Hammond
U.S. Probation Officer                        Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☒ The Violation Report and Petition Modified

☐ No Action

☐ Other

_____                     _8-27-13_____
Honorable Richard W. Story                    Date
U. S. District Court Judge