IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | NO. 1:13-CR-111-01-RWS |
| : | |
| YASMEEN SHAKIRA WILLIAMS : | |
| : | |
| Defendant. : | |

**ORDER REVOKING SUPERVISED RELEASE-JUDGMENT AND COMMITMENT**

On the 19th day of September, 2013 came the attorney for the government and the defendant appeared in person and with counsel Tom Hawker.

A probation officer of this Court having moved the Court to revoke the supervised release heretofore granted the defendant on May 31, 2011, for the period of three (3) years, the defendant having admitted that she violated the terms and conditions of her supervised release, it is

ORDERED BY THE COURT that the supervised release be, and the same hereby is revoked, and

IT IS ADJUDGED that the defendant, having been found guilty of said offense(s), is hereby committed to the custody of **Bureau of Prisons** for a period of **twelve (12) months and one (1) day, with no Supervised Release to follow**. The Court recommends to the Bureau of Prisons: The defendant shall be designated to a facility for service of sentence in Atlanta, Georgia.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

SO ORDERED, this _20TH_ day of September, 2013.

_____
Richard W. Story
Judge, United States District Court