# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cr-00111-RWS
### USA v. Williams
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 09/19/2013.

TIME COURT COMMENCED: 3:15 P.M.
TIME COURT CONCLUDED: 3:40 P.M.    COURT REPORTER: Debra Bull
TIME IN COURT: 00:25                DEPUTY CLERK: Rick Goss
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Yasmeen Shakira Williams Present at proceedings |
| ATTORNEY(S) PRESENT: | Matthew Carrico representing USA<br>Thomas Hawker representing Yasmeen Shakira Williams |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing Non-evidentiary); |
| REVOCATION HEARING INFO. | Defendant ADMITTED allegations.<br>Court found that defendant DID violate conditions of Probation/Supervised Release.<br>Probation/Supervised Release was REVOKED. |
| MINUTE TEXT: | Sentence: Custody of BOP for a term of 1 year and 1 day, with no Supervised Release to follow. Remand to USM. |